CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Defendant Name: __Brandon Isaiah Otey__    19-52

Place of Offense (City & County): __Sullivan__    PLR

Juvenile: Yes ____ No _x_    Matter to be Sealed: Yes ____ No _x_

Interpreter: No _x_ Yes ____    Language: ____

Total # of Counts: ____ Petty ____ Misdemeanor (Class ____) __3__ Felony

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| | Possession of Schedule II with intent to distribute (21 U.S.C. § 841 (a)(1)) | 1 |
| | Possession of a firearm in furtherance of drug trafficking (18 U.S.C. § 924(c)) | 1 |
| | Possession of a firearm by a prohibited person (18 U.S.C. § 922(g)(3)) | 1 |

Current Trial Date (if set): ____    before Judge ____

Criminal Complaint Filed: No _x_ Yes ____ Case No. ____

Defendant on Supervised Release: Yes ____ No _x_

Violation Warrant Issued? No ____ Yes ____ Case No. ____
Related Case(s):

____
Case Number    Defendant's attorney    How related

____
Case Number    Defendant's attorney    How related

## Criminal Informations:

Pending criminal case:    No _X_ Yes ____ Case No. ____

New Separate Case ____    Supersedes Pending Case ____

Name of defendant's attorney: ____

Retained: ____    Appointed: ____

Date: ____    Signature of AUSA: _s/ Thomas McCauley_
                                                THOMAS MCCAULEY