UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:19-CR-52 |
| | ) | JUDGE REEVES |
| BRANDON ISAIAH OTEY | ) | |

TO THE HONORABLE MAGISTRATE OF THE ABOVE COURT:

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Your petitioner, United States of America, by and through the United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That Brandon Isaiah Otey is now in the custody of the Sullivan County Jail, at Bountville, Tennessee, pursuant to a lawful commitment.

II.

That there is pending against the defendant, Brandon Isaiah Otey, in this District the above-captioned case, which is set for an Initial Appearance hearing, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, on April 24, 2019, in the United States District Court for the Eastern District of Tennessee, at Greeneville, Tennessee, at 1:30 p.m. that day and each day thereafter until said case has been disposed.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Jailer, Sullivan County Jail, at Blountville, Tennessee, commanding him to produce the said Brandon Isaiah Otey before this Court at the time and place aforesaid for the purpose aforesaid, and that if the said Jailer so elects, the United States Marshal

for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said Brandon Isaiah Otey into his custody and possession at said Sullivan County Jail, at Blountville, Tennessee, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Jailer, Sullivan County Jail , at Blountville, Tennessee, as aforesaid.

    Respectfully submitted, this the 19th day of April, 2019.

                          J. DOUGLAS OVERBEY
                          UNITED STATES ATTORNEY

          By:   *s/ Thomas A. McCauley*
                THOMAS A. MCCAULEY
                ASSISTANT U.S. ATTORNEY
                220 W Depot Street, Suite 423
                Greeneville, TN 37743
                (423) 639-6759
                Thomas.McCauley@usdoj.gov