UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:19-CR-52 |
| | ) | JUDGE REEVES |
| BRANDON ISAIAH OTEY | ) | |

## MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to dismiss the Indictment (Doc. 1) filed on April 9, 2019, in the above-captioned case. On July 9, 2019, the defendant was similarly charged in a separate case in this district, 2:19-CR-96 (sealed Indictment). The United States does not intend to pursue the original charges in the above-styled case, and thus moves the Court to dismiss.

Respectfully submitted, this the 23rd day of October, 2019.

                                                                Respectfully submitted,

                                                                J. DOUGLAS OVERBEY
                                                                United States Attorney

By:   *s/Thomas A. McCauley*
          Thomas A. McCauley, TN Bar#035250
          Assistant U.S. Attorney
          220 West Depot Street, Ste. 423
          Greeneville, TN 37743
          423/823-5033
          Thomas.McCauley@usdoj.gov