# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-00052 |
| | ) Chief Judge Reeves |
| BRANDON ISAIAH OTEY | ) |

## ORDER OF DISMISSAL

This matter is before the court on the government's motion to dismiss the indictment [R. 20].

Rule 48(a) of the Federal Rules of Criminal Procedure permits the government, with leave of the court, to dismiss an indictment, information, or complaint. The court finds the government's motion well-taken, and the motion is **GRANTED.** The indictment in this case is **DISMISSED, with prejudice.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**