# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:19-CR-52 |
| ) | JUDGE REEVES |
| BRANDON ISAIAH OTEY ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA
TO ANY AUTHORIZED REPRESENTATIVE
THEREOF - GREETINGS:

We command that you have the body of BRANDON ISAIAH OTEY who is currently in the custody of the Sullivan County Jail, at Blountville, Tennessee, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the city of Greeneville, Tennessee, on April 24, 2019, at 1:30 P.M., there to be present for an Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Jailer, Sullivan County Jail, at Blountville, Tennessee, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Jailer so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said BRANDON ISAIAH OTEY into his custody and possession at the said Sullivan County Jail at Blountville, Tennessee, and under safe and secure conduct to have him before the Judge of our said District Court at the time and place aforesaid for the purpose aforesaid, and to return him to

said Sullivan County Jail, at Greeneville, Tennessee, under safe and secure conduct and redeliver him to the Jailer, Sullivan County Jail, at Blountville, Tennessee.

JOHN C. MEDEARIS, CLERK

By: _Leah Carvajero_
Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this 22 day of April, 2019.

By: _____
United States Marshal/Deputy

**RETURNED:**

EXECUTED this 28 day of Oct, 2019.

By: _Toby Deaton_
United States Marshal/Deputy

**SENTENCED STATE PRISONER:** Yes: _____ No: _____

Indictment Dismissed